No. 78–117. GRAY-TAYLOR, INC., DBA JIMMIE GREEN CHEVROLET v. HARRIS COUNTY ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–120. CLAVEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–171. FERNANDEZ-GUZMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–198. GUTIERREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–210. WALTON v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 78–254. OHIO v. RUPPERT; and
No. 78–483. RUPPERT v. OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: 54 Ohio St. 2d 263, 375 N. E. 2d 1250.

No. 78–264. WEDELSTEDT v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 78–266. SYUFY ENTERPRISES v. NATIONAL GENERAL THEATRES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–277. DOYON, LTD., ET AL. v. BRISTOL BAY NATIVE CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–306. UNITED VAN LINES, INC. v. VONDER LINDEN ET UX. Sup. Ct. N. M. Certiorari denied.

No. 78–332. 83RD REALTY CO. v. JAMAICA SAVINGS BANK. C. A. 2d Cir. Certiorari denied.